✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

ECF No. 30

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Visaya Jr, George Joseph | Docket No. | 0980 1:25CR02102-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, George Joseph Visaya, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 19th day of August 2025, under the following conditions:

**Special Condition #6**: Defendant shall abstain totally from the use of alcohol.

**Special Condition #11**: Home Incarceration: Defendant shall be restricted to his residence at all times, except for medical necessities and court appearances or other activities specifically approved by the Court. Should Defendant obtain employment, Defendant shall come before the Court to request approval to leave his residence for work.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Visaya is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about October 5, 2025.

On October 5, 2025, at approximately 3:55 p.m., Mr. Visaya missed a random alcohol test via his assigned portable alcohol monitoring device. At approximately 5:04 p.m., Mr. Visaya submitted a positive alcohol test result with a breath alcohol concentration (BrAC) blood alcohol content of 0.039. Mr. Visaya submitted four additional positive alcohol tests with BrAC results increasing to 0.059, before lowering to 0.046, 0.038, 0.036, 0.029, and 0.020. At 10:02 p.m., Mr. Visaya submitted a compliant alcohol test result of 0.000.

**Violation #2**: Mr. Visaya is alleged to be in violation of his pretrial release conditions by leaving his residence without permission on October 4, 2025, at approximately 1:07 a.m.

On October 4, 2025, at approximately 2:37 a.m., U.S. Probation Officer Kyle Mowatt received an alert from BI Total Access (BI), the location monitoring service provider, stating that Mr. Visaya left his inclusion zone (home) at approximately 1:07 a.m. A review of the GPS mapping showed Mr. Visaya traveled to locations in Wapato and Toppenish, Washington, before returning to his residence at approximately 2:03 a.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:    October 7, 2025 |
| | by | s/Arturo Santana |
| | | Arturo Santana<br>U.S. Pretrial Services Officer |

**Re: Visaya Jr, George Joseph**
**October 7, 2025**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

10/8/2025
Date