UNITED STATES DISTRICT COURT

ECF No. 36

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Visaya Jr, George Joseph | Docket No. | 0980 1:25CR02102-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, George Joseph Visaya, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 19th day of August 2025, under the following conditions:

**Special Condition #6**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3**: Mr. Visaya is alleged to be in violation of his pretrial release conditions by consuming alcohol on or about October 7, 2025.

On October 7, 2025, this officer conducted a home visit and met with Mr. Visaya at his residence. Mr. Visaya was instructed to submit to urinalysis testing. The specimen provided by Mr. Visaya was presumptive positive for alcohol. Mr. Visaya was asked if he had consumed any items containing alcohol. Mr. Visaya denied any alcohol consumption. The specimen was sent to Alere Toxicology Laboratories (Alere).

On October 10, 2025, this officer received the test results from Alere indicating that the specimen provided by Mr. Visaya was positive for Ethyl Glucuronide and Ethyl Sulfate.

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATION WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT.

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 14, 2025 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

Re: Visaya Jr, George Joseph
October 14, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

10/14/2025
_____
Date