FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE JOSEPH VISAYA, JR.,

Defendant.

No. 1:25-CR-02102-SAB-1

**ORDER GRANTING MOTION TO DISMISS**

Before the Court is the United States' Motion to Dismiss Count 4 of the Indictment, ECF No. 51. The motion was heard without oral argument. The United States is represented by Michael Murphy. Defendant is represented by Craig Webster.

The United States asks to Court to dismiss Count 4, pursuant to Fed. R. Crim. P. 48(a) and the interests of justice.

Accordingly, **IT IS ORDERED**:

1. The United States' Motion to Dismiss Count 4 of the Indictment, ECF No. 51, is **GRANTED**.

//

//

//

//

//

//

**ORDER GRANTING MOTION TO DISMISS ~ 1**

2.  Count 4 of the Indictment in the above-captioned case is hereby **DISMISSED**. The Court makes no judgment as to the merit or wisdom of this dismissal.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and U.S. Probation.

**DATED** this 26th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS ~ 2**